**FILED**

JUN 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael Trupei,
R12743-004
FCC-Coleman Medium Security Prisons
P.O. Box 1032
Coleman, Florida 33521-1032

       Plaintiff,

vs.

DRUG ENFORCEMENT ADMINISTRATION and
OFFICE of INFORMATION and PRIVACY,
U.S. DEPARTMENT of JUSTICE, et al.,

       Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.: _____

06 1162

## APPLICATION TO PROCEED IN **FORMA PAUPERIS** WITH SUPPORTING INFORMATION AND ORDER

I, Michael Trupei (Plaintiff), appearing specially and not generally and in goog faith, hereby declare that I am Plaintiff in the above captioned matter as follows: that in support of my motion to proceed without being required to prepay, fees, costs, or give security therefor; I stated that because of my poverty, I am unable to pay the costs of filing and docketing fees or give security therefor; that I believe I am entitled to relief, as the nature of my action is (FOIA/PA) complaint against the above Defendants at the Government's expense.

In further support of this application, I answer to wit:

**Facts:**

1) I am incarcerated at the Federal Correctional Complex in Coleman, Florida;

2) My last day of employment was June 7th, 1989 and my income per month was $ 2500.00;

3) I haven't received any monies within the past six months from any business, profession or other form of self employment;

4) I haven't received within the past six months any rent payment, interests or dividents;

5) I haven't received within the past six months any pension, annuities or life insurance payments;

**RECEIVED**

JUN 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3

6) I haven't received within the past six months any inheritance;

7) I received within the six months $ 80.80;

8) I do not own real estate, stocks, bonds, notes, automobile or other valuable property;

9) I do not own any cash, or have money in checking or saving account;

10) I have no person who are dependent upon my support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _Jume 7ᵗʰ_____ , 200 _6_     _Michael Trupei_

Michael Trupei pro se
R12743-004
FCC-Coleman Medium Security
P.O. Box 1032
Coleman, Florida 33521-1032

---

## CERTIFICATE
### (Prisoner's Account Only)

I certify that the applicant herein has the sum of $ _O.5 Cents_

_FCC Coleman, FL_ _____ on account to his credit at the

---

institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution:

_None_ _____

_____ CC
Authorized Officer of Institution

## ORDER of COURT

The application is hereby denied

The applicantion is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security therefor.

United States Magistrate    Date          United States Magistrate          Date

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael Trupei,
R12743-004
FCC-Coleman Medium Security Prisons
P.O. Box 1032
Coleman, Florida 33521-1032           )
                                       )
        Plaintiff,                     )
                                       )
vs.                                    )        Civil Action No.: _____
                                       )
DRUG ENFORCEMENT ADMINISTRATION and    )
OFFICE of INFORMATION and PRIVACY,     )
U.S. DEPARTMENT of JUSTICE, et al.,    )
                                       )
        Defendant(s).                  )

MOTION to PROCEED in **FORMA PAUPERIS**
UNDER  28  U.S.C.  § 1915(a)

COMES NOW the Plaintiff Michael Trupei ("Plaintiff"), appearing pro se, and

hereby respectfully moves this Honorable Court for an Order, allowing him to proceed

in forma pauperis status under Title 28 U.S.C. § 1915(a).

Plaintiff is incarcerated and does not have the means to pay the required filing

and docketing fees. The issue(s), however, set forth in Plaintiff's attached FOIA

Complaint is/are substantial and in public interest. For the foregoing reasons, this

his motion is appropriate and not frivolous, and the Plaintiff is entitled to redress.

WHEREFORE, the Plaintiff prays that this Court grants him to proceed in forma

pauperis status on the basis as stated hereinabove, and for such other and further

relief as this Honorable Court deem just, equitable, and proper.

Sworn to and subscribed
before me on this  6 , day of

_____June_____, 200 6

**NOTARY PUBLIC-STATE OF FLORIDA**
**Jarvis C. Lovett**
Commission # DD395091
Expires: FEB. 09, 2009
Bonded Thru Atlantic Bonding Co., Inc.

_Jarvis C. Lovett_____
NOTARY PUBLIC

Respectfully submitted,

_Michael Trupei_____
Michael Trupei pro se
R12743-004
FCC-Coleman Medium Security
P.O. Box 1032
Coleman, Florida 33521-1032

My Commission Expires: _Feb. 09, 2009_____

06 1162
**FILED**

JUN 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT