UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL TRUPEI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-1162 (PLF) |
| ) | |
| DRUG ENFORCEMENT ) | |
| ENFORCEMENT AGENCY, ET AL., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendants hereby move for an extension of time from August 4, 2006, to September 4, 2006, to respond to Plaintiff's Complaint.[1] In this Freedom of Information Act ("FOIA") case, *pro se* Plaintiff Michael Trupei sued to get a copy of a "letter of appointment . . . pertaining to S/A DEA, Mark J. Bumar." Compl. at ¶ 5.

There is good cause for the Court to grant this Motion. Defendants are reviewing the merit of Mr. Trupei's allegations, but that process has consumed more time than anticipated. Furthermore, the undersigned was out of the office for most days in the past two weeks for deposition defense and preparation. Furthermore, it has been necessary for the undersigned to address two emergency matters that came in during the past week. First, the undersigned was

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

required to devote substantial time to resolve a subpoena matter on July 26, 2006. Second, the undersigned was required to prepare for a response to a motion for a temporary restraining order that was served today. See Canales v. Paulson, No. 06-1330 (filed July 28, 2006 D.D.C.) (Kessler, J.). Although Canales was assigned to Judge Kessler, acting as the emergency motions court, this Court heard and ruled on the motion for a temporary restraining order on July 28, 2006. Given these obligations, the undersigned did not have an opportunity to complete reviewing the merit of Mr. Trupei's Complaint to prepare an appropriate response before the current due date.

For the foregoing reasons, Defendants respectfully request that the Court grant an extension of time from August 4, 2006, to September 4, 2006, to respond to Mr. Trupei's Complaint.

Dated: August 3, 2004.                                Respectfully Submitted,


                                                      _____//s//_____
                                                      KENNETH L. WAINSTEIN, D.C. BAR #451058
                                                      United States Attorney


                                                      _____//s//_____
                                                      RUDOLPH CONTRERAS, D.C. BAR #434122
                                                      Assistant United States Attorney


                                                      _____//s//_____
                                                      JOHN C. TRUONG, D.C. BAR #465901
                                                      Assistant United States Attorney
                                                      555 Fourth Street, N.W.
                                                      Washington, D.C.  20530
                                                      (202) 307-0406

                                                      Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL TRUPEI,                )
                               )
    Plaintiff,                 )
                               )
    v.                         )   Civ. No. 06-1162 (PLF)
                               )
DRUG ENFORCEMENT               )
ENFORCEMENT AGENCY, ET AL.,    )
                               )
    Defendant.                 )
_____)

**ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendants' Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendants' Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendants shall have up to and including September 4, 2006, to respond to Plaintiff's Complaint.

SO ORDERED.

_____

U.S. District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on August 3, 2006, service of the foregoing Defendants' Motion for an Extension of Time was made via First Class mail, with postage prepaid, to *pro se* Plaintiff addressed as follows:

Mr. Michael Trupei
R12743-004
FCC-Coleman Medium Security Prison
P.O. Box 1032
Coleman, FL 33521


_____//s_____
John C. Truong

Case 1:06-cv-01162-PLF   Document 7   Filed 08/03/2006   Page 5 of 5