UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP - 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MICHAEL TRUPEI, )
)
Plaintiff, )
)
v. ) Civ. No. 06-1162 (PLF)
)
DRUG ENFORCEMENT )
ENFORCEMENT AGENCY, ET AL., )
)
Defendants. )
)

ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME

Upon consideration of Defendants' Motion for an Extension of Time and the entire record herein, it is this ___ day of _____, 2006,

ORDERED that Defendants' Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendants shall have up to and including September 12, 2006, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge