# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MICHAEL TRUPEI,                          )
                                         )
Plaintiff,                               )
                                         )
v.                                       ) Civ. No. 06-1162 (PLF)
                                         )
DRUG ENFORCEMENT                         )
ENFORCEMENT AGENCY, ET AL.,              )
                                         )
Defendants.                              )
_____ )

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b), Defendants hereby move for an extension of time from September 12, 2006, to September 14, 2006, to respond to Plaintiff's Complaint.  In this Freedom of Information Act ("FOIA") case, *pro se* Plaintiff Michael Trupei sued to get a copy of a "letter of appointment . . . pertaining to S/A DEA, Mark J. Bumar." Compl. at ¶ 5.  Since Mr. Trupei is a prisoner currently incarcerated in Coleman, Florida, the undersigned did not confer with him about this Motion.[1]

There is good cause for the Court to grant this Motion.  Defendants are finalizing an answer to Mr. Trupei's Complaint; however, the undersigned was unable to reach agency

_____

[1]Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel.*" It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

counsel today to obtain final approval prior to filing it with the Court.  The undersigned
anticipates conferring with agency counsel in the next two days to finalize the answer and file it
with the Court.

Accordingly, Defendants respectfully request that the Court grant an extension of time
from September 12, 2006, to September 14, 2006, for Defendants to answer Mr. Trupei's
Complaint.

Dated: September 12, 2006.              Respectfully Submitted,


                                            /s/   Kenneth L. Wainstein
                                        KENNETH L. WAINSTEIN, D.C. BAR #451058
                                        United States Attorney


                                            /s/   Rudolph Contreras
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney

                                            /s/   John C. Truong
                                        JOHN C. TRUONG, D.C. BAR #465901
                                        Assistant United States Attorney
                                        555 Fourth Street, N.W.
                                        Washington, D.C.  20530
                                        (202) 307-0406

                                        Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL TRUPEI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-1162 (PLF) |
| | ) |
| DRUG ENFORCEMENT | ) |
| ENFORCEMENT AGENCY, ET AL., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME

Upon consideration of Defendants' Motion for an Extension of Time and the entire

record herein, it is this _____ day of _____, 2006,

ORDERED that Defendants' Motion for an Extension of Time be and is hereby

GRANTED; and it is

FURTHER ORDERED that Defendants shall have up to and including September 14,

2006, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on September 12, 2006, service of the foregoing

Defendants' Motion for an Extension of Time was made via First Class mail, with postage

prepaid, to pro se Plaintiff addressed as follows:

Mr. Michael Trupei
R12743-004
FCC-Coleman Medium Security Prison
P.O. Box 1032
Coleman, FL 33521

_____//s_____

John C. Truong