**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL TRUPEI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-1162 (PLF) |
| | ) |
| DRUG ENFORCEMENT | ) |
| ENFORCEMENT AGENCY, ET AL., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**

The U.S. Department of Justice, Drug Enforcement Agency, and Office of Information and Privacy (collectively "Defendants") hereby answer the Complaint filed by *pro se* prisoner, Mr. Michael Trupei, as follows:

The first unnumbered paragraph is Plaintiff's characterization of this case not an averment to which a response is required. To the extent an answer may be deemed required, Defendants admit that Plaintiff has sued Defendants under the Freedom of Information Act and the Privacy Act. Except for the foregoing specific admission, Defendants deny the remaining allegations.

The second unnumbered paragraph is Plaintiff's characterization of himself, as to which Defendants lack knowledge or information sufficient to answer and, therefore, deny.

Defendants respond to the numbered paragraph of the Complaint as follows:

1. Defendants admit the allegations in this paragraph.

2. Defendants admit the allegations in this paragraph.

3. Defendants deny the allegations in this paragraph.

4.      Defendants deny the allegations in this paragraph .

5.      Defendants admit the allegations in this paragraph.

6.      Defendants admit that they did not respond to Plaintiff's June 5, 2006 FOIA request.

Except for the foregoing admission, Defendants deny the remaining allegations in the paragraph.

7.      Defendants admit that by a letter dated July 10, 2006, Plaintiff filed his appeal.

8.      Defendant reasserts the answers contained in Paragraphs 1 through 7, above.

9.      Defendants admit that they did not respond to Plaintiff's June 5, 2006 FOIA request.

Except for the foregoing admission, Defendants deny the remaining allegations in the paragraph.

10.     Defendant reasserts the answers contained in Paragraphs 1 through 7, above.

11.     Defendants deny the allegations in this paragraph.

12.     Defendant reasserts the answers contained in Paragraphs 1 through 7, above.

13.     Defendants deny the allegations in this paragraph.

14.     Defendant reasserts the answers contained in Paragraphs 1 through 7, above.

15.     Defendants deny the allegations in this paragraph.

The remaining paragraphs are the Plaintiff's Prayer for Relief, to which no response is required. To the extent a response is necessary, Defendant deny that the plaintiff is entitled to any relief.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim for which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff may have failed to exhaust administrative remedy for some or all of his claims.

**THIRD AFFIRMATIVE DEFENSE**

The Court may lack subject matter jurisdiction over some or all of Plaintiff's claims.

Dated: September 14, 2006.                     Respectfully Submitted,

    /s/   Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

    /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL TRUPEI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-1162 (PLF) |
| | ) |
| DRUG ENFORCEMENT | ) |
| ENFORCEMENT AGENCY, ET AL., | ) |
| | ) |
| Defendant. | ) |
| _____) | |

## CERTIFICATE OF SERVICE

I, John C. Truong, hereby certify that on September 14, 2006, I caused to be served the foregoing Defendants' Answer to Plaintiff's Complaint, via U.S. First Class mail, with postage prepaid, on *pro se* plaintiff addressed as follows:

Michael Trupei
R12743-004
P.O. Box 1031
Federal Correction Center
Coleman, FL 33521-1031

_____//s//_____

John C. Truong