UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MICHAEL TRUPEI,                              )
                                             )
                    Plaintiff,               )
                                             )
            v.                               )   Civil Action No. 06-1162 (PLF)
                                             )
DRUG ENFORCEMENT                             )
ADMINISTRATION et al.,                       )
                                             )
                    Defendants.              )
_____     )

ORDER

            This matter is before the Court on defendants' answer to plaintiff's complaint.

Plaintiff seeks the release of information pursuant to the Freedom of Information Act

("FOIA"), 5 U.S.C. § 552.  The requirements of Local Civil Rules 16.3 and 26.2 are

inapplicable to FOIA cases.  See Local Civil Rules 16.3 (b)(9), 26.2 (a)(9).  The Court has

reviewed the complaint and the answer.  In the answer, defendants raise several grounds for

dismissal.  They have not filed a dispositive motion or stated their intention to do so.

Accordingly, it is hereby

            ORDERED that defendants shall file a dispositive motion or a proposed

briefing schedule by October 13, 2006.

            SO ORDERED.

                                        Judge Huvelle for_____
                                        PAUL L. FRIEDMAN
                                        United States District Judge

DATE: September 20, 2006