UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael Trupei, pro se )
R12743-004 )
FCC-Coleman Medium Security Prisons )
P.O. Box 1032 )
)
      Plaintiff, )   Civil Action No.: 06-1162 (PLF)
vs. )
)
DRUG ENFORCEMENT ADMINISTRATION and )
OFFICE of INFORMATION and PRIVACY, )
U.S. DEPARTMENT of JUSTICE, et al., )
)
      Defendants. )

RECEIVED
SEP 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME,
PURSUANT to Fed.R.Civ.P., RULE 6(b), VERIFIED**

   PLAINTIFF the Michael Trupei (Plaintiff) appearing in propria persona and hereby moves this Honorable Court under Fed.R.Civ.P., Rule 6(b) for an enlargement of time by 30 days from the date of the receipt of this Motion to rebutt Defendants' Answers to Plaintiff's Complaint in the above enumerate and/or captioned matter. In support of this/his Motion, Plaintiff submits as follows.

   The reason for this Motion is because Plaintiff is limited to access to the institutional law-libray here at Coleman. In that, an average stay per day is about 4 hours, excluding weekends. And said complaint is not the only one that he has to maintain. Plaintiff has in an abundance of similar other pleadings in their respective juris to attend.

   WHEREFORE, and on the bases of the foregoing, Plaintiff requests that this Motion be granted so that he affirmatively may rebutt Defendants' answers within the 30 days and for such other and further relief as this Honorable Court deems just, equitable, and appropriate.

                                        Respectfully submitted,

                                        /s/ Michael Trupei
                                        Michael Trupei, pro se

**VERIFICATION**

   Under 28 U.S.C. § 1746 of the United States Code I, Michael Trupei do hereby verify under penalty of perjury that this Motion is to the best of my knowledge, true and certain.

   Done on: September 25ᵗʰ, 2006     By: /s/ Michael Trupei
                                                             Michael Trupei, pro se