UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL TRUPEI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-1162 (PLF) |
| | ) |
| DRUG ENFORCEMENT | ) |
| ENFORCEMENT AGENCY, ET AL., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendants hereby move for three-business day extension of time from October 13, 2006, to October 18, 2006, to file Defendants' Motion for Summary Judgment. In this Freedom of Information Act ("FOIA") case, *pro se* Plaintiff Michael Trupei sued to get a copy of a "letter of appointment . . . pertaining to S/A DEA, Mark J. Bumar." Compl. at ¶ 5. Since Mr. Trupei is a prisoner currently incarcerated in Coleman, Florida, the undersigned did not confer with him about this Motion.[1]

There is good cause for the Court to grant this Motion. Defendants fully intended to file their Motion for Summary Judgment by the due date, October 13, 2006; however, there were

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

logistical difficulties in obtaining a signed *Vaughn* Index sufficiently in advance of the deadline for filing with Court. Specifically, the signed *Vaughn* Index and its accompanying exhibits were not finalized and delivered to the undersigned in time to be incorporated into the Motion. Due to these logistical difficulties, the undersigned did not have an opportunity to prepare the Motion for Summary Judgment and circulate it for client and supervisory review before filing it with the Court.

For these reasons, Defendants respectfully request for a three-business day extension to October 18, 2006, to file their Motion for Summary Judgment.

Dated: October 13, 2006.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MICHAEL TRUPEI, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civ. No. 06-1162 (PLF) |
|  | ) |
| DRUG ENFORCEMENT | ) |
| ENFORCEMENT AGENCY, ET AL., | ) |
|  | ) |
| Defendants. | ) |
| _____ | ) |

**ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendants' Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendants' Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendants shall have up to and including October 13, 2006, to file its Motion for Summary Judgment.

SO ORDERED.

_____
U.S. District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on October 13, 2006, service of the foregoing <u>Defendants' Motion for an Extension of Time</u> was made via First Class mail, with postage prepaid, to pro se Plaintiff addressed as follows:

Mr. Michael Trupei
R12743-004
FCC-Coleman Medium Security Prison
P.O. Box 1032
Coleman, FL 33521

_____//s_____

John C. Truong