# EXHIBIT A

Case 1:06-cv-01162-PLF    Document 15-3    Filed 10/18/2006    Page 1 of 14

**RESPONDENT:**

To: Freedom of Information Operation Unit
    Drug Enforcement Administration
    Department of Justice
    700 Army/Navy Drive
    Arlington, VA 22202

    Certified Mail-Return Receipt Requested
    No. 7000-1670-0010-9662-7163

Re: Request for certified copy of the
    authorization under 5 U.S.C. § 2903,
    of the person who administered
    Oath of Office to S/A DEA Mark J. Bumar.

**REQUESTER:**

From: Michael Trupei pro se
    R12743-004
    Federal Correctional Complex
    P.O. Box 1031
    Coleman, FL 33521-1031

April 11, 2005

## "FOIA" REQUEST
### VERIFIED

Pursuant to Freedom of Information Act (FOIA), 5 U.S.C. '§ 552, as amendment, and and Privacy Act of 1974 (PA), Title 5 U.S.C. § 552a, as amended. The Requester hereby requests the following judicially certified copy:

Title 5 U.S.C. § 2903 reads in full:

Section 2903 **authority to administer**

(a) The oath of office required by Section 3331 of this title may be administered by an individual **authorized** by the laws of the United States or local laws to administer oaths in the State, District, or territory or possession of the United States where the Oath is administered.

(b) An employee of an Executive agency **DESIGNATED in WRITING** by the head of the Executive agency, or the Secretary of the military department with respect to an employee of his department, may administer--

    1) the oath of office required by Section 3331 of this title, incident to entrance into the executive branch; or

    2) any other oath required by law in connection with employment in the executive branch.

(c) An oath authorized or required under the laws of the United States may be administered by--

    1) the Vice President; or

    2) an individual **AUTHORIZED** by local law to administer oaths in the State where the oath is administered. (Pub.L.89-554, Sep. 6, 1966, 80 Stat. 411)

    Thus, the Requester requests a proffered judicial certified copy of the person designated under 5 U.S.C. § 2903, or otherwise the person who administered Oath of Office to S/A DEA Mark J. Bumar on May 20, 1974. (See Exhibit-I, attached hereto). The Standard Form-61 provided to the Requester on November 10th, 2004, contains no evidence whether the "Acting Regional Director," who identified himself through his signature by a "scratch" derived his authority thereunder. Therefore, please provide to the Requester a judicially certified copy of the "Acting Regional Director's" authorization.

    This agency is required by law under 5 U.S.C. § 2906 to maintain the above said record on file.

Should you fail to respond to this request within statutory time limit of twenty (20) working days from this date, or otherwise under 5 U.S.C. § 552(a)(6)(A)(i), as amended, Requester will deem this/his request denied and will proceed under 5 U.S.C. § 552(a)(4)(B). The FOIA, however, permits a requester to treat an agency's failure to comply with its time limits as "constructive" exhaustion of administrative remedies. 5 U.S.C. § 552(a)(6)(C). When this occurs, the requester then may seek judicial review immediately, even though he has not filed an administrative appeal. See <u>Pollack v. Dep's Justice</u>, 49 F.3d 115, 118-19 (4th Cir.1995) in a forum of competent jurisdiction.

Inasmuch as the request for records/documents is in the "public interest" in that public wants and has the right to know the functioning of its government on the daily basis. Thus, <u>the Requester hereby requests to waive all fees, costs, and/or charges</u>.

The attention and effort of the Respondent to produce the records/documents sought herein are, both, imperative and genuinely appreciated, and the Requester is looking forward to the Respondent's prompt reply.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL,
NOTICE TO PRINCIPAL IS NOTICE TO AGENT!

Sincerely,

*[signature]*
Michael Trupei   <u>pro se</u>

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I, Michael Trupei do hereby declare, or state, under penalty of perjury that foregoing "FOIA Request" for records/documents is to the best of my knowledge, true and correct.

Done on: <u>April 11th</u>, 200<u>5</u>     Signed: *[signature]*
                                              Michael Trupei <u>pro se</u>

# EXHIBIT B

RESPONDENT:                                              REQUESTER:

Freedom of Information Operation Unit                    Michael Trupei pro se
Drug Enforcement Administration                          R12743-004
Department of Justice                                    Federal Correctional Complex
700 Army/Navy Drive                                      P.O. Box 1031
Arlington, VA 22202                                      Coleman, Florida 33521-1031

   Re: Request for a certified copy
       of the "Letter of Appointment"             June 5, 2005
       pursuant to S/A DEA, Mark J. Bumar

## "FOIA" REQUEST
## VERIFIED

   Under the provisions of Title 5 U.S.C. § 552, as amended and Privacy Act of 1974 (PA), Title 5 U.S.C. § 552a, as amended, the requester hereby requests for a judicially certified copy of the following document:

   The "Letter of Appointment" in accordance with the appointment clause provided for in the Federal Constitution (Art II, § 2, cl 2) or otherwise under statutory sense of Title 5 U.S.C. §§ 2104 or 2105 or pursuant to Title 1 U.S.C. § 1, subject to and in support with S/A DEA, Mark J. Bumar's "Appointment Affidavit," as it was executed on May 20th, 1974 describing Mark J. Bumar as a "criminal investigator GS-1811-7 at Department of Justice Drug Enforcement Administration, NY Region, 555 West 57 Street, New York, NY" whereby as a front matter and within thirty (30) days (5 U.S.C. § 3332) prior to the effective execution of the "Appointment Affidavit," a written indicia via "Letter of Appointment" is/was required confirming that S/A DEA, Mark J. Bumar met the standards of the constitutional appointment thereto.

   This agency is required by law under 5 U.S.C. § 2906 to maintain the above requested "Letter of Appointment" on file.

   The Requester expects that the Respondent answers this request within the statutory time limit of twenty (20) working days from the date of the receipt of this request, or alternatively under 5 U.S.C. § 552(a)(6)(A)(i), as amended. Should the Respondent fail to obey the foregoing response provisions, the Requester will deem this Request denied and will proceed under 5 U.S.C. § 552(a)(6)(C), even though the Requester has not filed an administrative appeal, in a court of competent jurisdiction. See generally Pollack v. Department of Justice, 49 F.3d 115, 118-19 (4th Cir.1995)("[A] requester who has not received a timely notice of the agency's decision, as required by 5 U.S.C. § 552(a)(6)(A)(i), may proceed immediately in court to enforce a FOIA request without exhausting any administrative remedies.") Pollack at 119.

   Inasmuch as this request for the "Letter of Appointment" is in the "public interest" in that, the public is entitled to know the functioning of its Government on a day-in-day-out basis. Therefore, the Requester requests that Respondent waives all fees, costs, and or charges.

   The Requester trusts that this suffices to his request!

NOTICE TO THE AGENT IS THE NOTICE TO THE          Sincerely,
PRINCIPAL, NOTICE TO THE PRINCIPAL IS THE
NOTICE TO THE AGENT!                              *[signature]*
                                                  Michael Trupei pro se

## DECLARATION

   Pursuant to 28 U.S.C. § 1746 of the United States Code I, Michael Trupei do hereby declare or state under penalty of perjury that the above request is to the best of my knowledge, true and correct.
       Done on: June 5th, 2005           Signed: *[signature]*
                                                  Michael Trupei pro se

STANDARD FORM 61
REVISED SEPTEMBER 1970
U.S. CIVIL SERVICE COMMISSION
F.P.M. CHAPTER 295
61-107



OMB APPROVAL NO. 50-R0118

# APPOINTMENT AFFIDAVITS

___CRIMINAL INVESTIGATOR GS-1811-7___   ___05-20-74___
(Position to which appointed)                          (Date of appointment)

DEPT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION, NY REGION, 555 WEST 57TH ST., NEW YORK, NY
(Department or agency)   (Bureau or division)   (Place of employment)

I, ___MARK J. BUMAR___, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(Signature of appointee)

Subscribed and sworn (or affirmed) before me this ___20___ day of ___MAY___ A.D. 19___74___,

at ___NEW YORK___        ___NEW YORK___
    (City)                    (State)

[SEAL]

(Signature of officer)

206 ACT OF 23 JUN 43
Commission expires_____        Acting Regional Director
(If by a Notary Public, the date of expiration          (Title)
of his Commission should be shown)

NOTE.—The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.

GPO : 1970 O - 408-925

# EXHIBIT C

(If by a Notary Public, the date of expiration of his Commission should be inserted.)

NOTE.—The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.

GPO : 1970 O - 405-125

Coleman, Florida 33521-1031

Re: <u>Request for the "Legislative History" of "206 Act of 23 June 43"</u>    June 5th, 2005

<u>Good Morning Clerk:</u>

Perhaps you can help me to obtain the information as requested hereinbelow, regarding the "Legislative History" of the "206 Act of 23 June 43."

At first I thought that the "Act" represents the United States legislation. It does not. Because a couple of days ago, I received a response from the National Archives, to which I have also written, where its archivist informed me that no such an Act exist under the federal codes, and has hinted that it may be a New York State Act?

I am interested in the Act because it was used in 1974 in New York City to swear in a "DEA" agent into said federal agency. (See <u>Exhibit-A</u>, attached hereto). Please advise whether or not the Act is indeed a New York State "Legislation" or otherwise.

Should your time be of an issue or alternatively not allowing you to do so, please direct me to some New York State agency, where I may via an equivalent to the Federal Freedom of Information Act (FOIA) invoke your State's like statute, requesting said document thereto. (By the way can you cite the New York State Freedom of Information Act so that in the future I may cite it? Thank you for doing so!) Or some legal-research library which will do so.

Finally, should there be a nominal costs or fees required for your research of this information, please let me know how much so that I may promptly forward you that amount.

Your attention and effort in this matter are hereby genuinely appreciated!

Sincerely,

*[signature]*
Michael Trupei <u>pro se</u>

## DECLARATION

Pursuant to 28 U.S.C. § 1746 of the United States Code I, Michael Trupei do hereby declare under penalty of perjury that the above request for information is to the best of my knowledge, true and correct.

Done on: June 5, 2005    Signed: *[signature]*
                                    Michael Trupei <u>pro se</u>

STANDARD FORM 61
REVISED SEPTEMBER 1970
U.S. CIVIL SERVICE COMMISSION
F.P.M. CHAPTER 293
61-107

EXHIBIT-A

OMB APPROVAL NO. 50-R0118

# APPOINTMENT AFFIDAVITS

| CRIMINAL INVESTIGATOR GS-1811-7 | 05-20-74 |
|---|---|
| (Position to which appointed) | (Date of appointment) |

DEPT OF JUSTICE

| | DRUG ENFORCEMENT ADMINISTRATION, NY REGION, | 555 WEST 57TH ST., NEW YORK, NY |
|---|---|---|
| (Department or agency) | (Bureau or division) | (Place of employment) |

I, MARK J. BUMAR, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(Signature of appointee)

Subscribed and sworn (or affirmed) before me this 20 day of MAY A.D. 19 74,

at NEW YORK , NEW YORK
(City) (State)

[SEAL]

5 USC 2906 ACT OF 23 JUN 43

(Signature of officer)

# EXHIBIT D

| | |
|---|---|
| RESPONDENT: | APPELLANT: |
| CO-Director | Michael Trupei pro se |
| Office of Information and Privacy | R12743-004 |
| FLAG Building | Federal Correctional Complex |
| Suite 750 | P.O. Box 1031 |
| Washington, D.C. 20530 | Coleman, Florida 33521-1031 |

Re: Appeal for a <u>certified</u> copy of the
    <u>authorization</u> under 5 U.S.C. § 2903           July 10, 2005
    or otherwise the person who administered
    the <u>Oath</u> of <u>Office</u> to S/A DEA **Mark J. Bumar**

**"FOIA" APPEAL
<u>VERIFIED</u>**

<u>Good Morning Disclosure Officer</u>:

   The Drug Enforcement Administration (DEA) failed to acknowledge the Appellant's "FOIA" request dated on April 11th 2005.

   Because the DEA violated 5 U.S.C. § 552(a)(6)(A)(i), the Appellant hereby appeals to this office for the production of the same. (See <u>exhibit-A</u>, attached hereto).

   This is an ongoing request for the above sought records/documents, namely the <u>authorization</u> of the person under 5 U.S.C. § 2903 who administered the <u>Oath</u> of <u>Office</u> to S/A DEA **Mark J. Bumar**. (See <u>exhibit-B</u>, attached hereto).

   If the Respondent fails to answer the Appellant's this appeal within the statutory response provision of twenty (20) working days (excepting legal holidays, Saturdays and Sundays) from the time of the receipt of this letter/appeal, then the Appellant has the right to promptly initiate a legal action under 42 U.S.C. § 1981, <u>et seq.</u>, in a court of competent jurisdiction. The Appellant further wishes to point out that this is the maximum time allowed as there are no additional days permitted. Please reply your response in a verify form.

   Your assistance and effort in this matter is imperative and genuinely appreciated!

Sincerely,

*Michael Trupei*
Michael Trupei <u>pro se</u>

DECLARATION

   Pursuant to 28 U.S.C. § 1746 of the United States Code I, Michael Trupei do hereby declare or state under penalty of perjury that the above "FOIA Appeal" is to the best of my knowledge, true and correct.

   Done on: July 10th, 2005          Signed: *Michael Trupei*
                                             Michael Trupei <u>pro se</u>

EXHIBIT-A

RESPONDENT:

To: Freedom of Information Operation Unit
Drug Enforcement Administration
Department of Justice
700 Army/Navy Drive
Arlington, VA 22202

Certified Mail-Return Receipt Requested
No. 7000-1670-0010-9662-7163

Re: Request for <u>certified</u> copy of the
<u>authorization</u> under 5 U.S.C. § 2903,
of the person who administered
<u>Oath</u> of <u>Office</u> to S/A DEA Mark J. Bumar.

REQUESTER:

From: Michael Trupei <u>pro se</u>
R12743-004
Federal Correctional Complex
P.O. Box 1031
Coleman, FL 33521-1031

April 11, 2005

## "FOIA" REQUEST
### VERIFIED

Pursuant to Freedom of Information Act (FOIA), 5 U.S.C. § 552, as amendment, and and Privacy Act of 1974 (PA), Title 5 U.S.C. § 552a, as amended. The Requester hereby requests the following judicially certified copy:

Title 5 U.S.C. § 2903 reads in full:

Section 2903 **authority to administer**

(a) The oath of office required by Section 3331 of this title may be administered by an individual **authorized** by the laws of the United States or local laws to administer oaths in the State, District, or territory or possession of the United States where the Oath is administered.

(b) An employee of an Executive agency **DESIGNATED** in **WRITING** by the head of the Executive agency, or the <u>Secretary</u> of the military department with respect to an employee of his <u>department</u>, may administer--

1) the oath of office required by Section 3331 of this title, incident to entrance into the executive branch; or

2) any other oath required by law in connection with employment in the executive branch.

(c) An oath authorized or required under the laws of the United States may be administered by--

1) the Vice President; or

2) an individual **AUTHORIZED** by local law to administer oaths in the State where the oath is administered. (Pub.L.89-554, Sep. 6, 1966, 80 Stat. 411).

Thus, the Requester requests a proffered judicial <u>certified</u> copy of the person designated under 5 U.S.C. § 2903, or otherwise the person who administered Oath of Office to S/A DEA Mark J. Bumar on May 20, 1974. (See <u>Exhibit-I</u>, attached hereto). The Standard Form-61 provided to the Requester on November 10th, 2004, contains no evidence whether the "Acting Regional Director," who identified himself through his signature by a "scratch" derived his authority thereunder. Therefore, please provide to the Requester a <u>judicially</u> <u>certified</u> copy of the "Acting Regional Director's" <u>authorization</u>.

This agency is required by law under 5 U.S.C. § 2906 to maintain the above said record on file.

1 of 2

EXHIBIT-A

Should you fail to respond to this request within statutory time limit of twenty (20) working days from this date, or otherwise under 5 U.S.C. § 552(a)(6)(A)(i), as amended, Requester will deem this/his request denied and will proceed under 5 U.S.C. § 552(a)(4)(B). The FOIA, however, permits a requester to treat an agency's failure to comply with its time limits as "constructive" exhaustion of administrative remedies. 5 U.S.C. § 552(a)(6)(C). When this occurs, the requester then may seek judicial review immediately, even though he has not filed an administrative appeal. See Pollack v. Dep's Justice, 49 F.3d 115, 118-19 (4th Cir.1995) in a forum of competent jurisdiction.

Inasmuch as the request for records/documents is in the "public interest" in that public wants and has the right to know the functioning of its government on the daily basis. Thus, the Requester hereby requests to waive all fees, costs, and/or charges.

The attention and effort of the Respondent to produce the records/documents sought herein are, both, imperative and genuinely appreciated, and the Requester is looking forward to the Respondent's prompt reply.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL,
NOTICE TO PRINCIPAL IS NOTICE TO AGENT!

Sincerely,

Michael Trupei   pro se

### DECLARATION

Pursuant to 28 U.S.C. § 1746 I, Michael Trupei do hereby declare, or state, under penalty of perjury that foregoing "FOIA Request" for records/documents is to the best of my knowledge, true and correct.

Done on: April 11th, 2005          Signed: Michael Trupei  pro se

STANDARD FORM 61
REVISED SEPTEMBER 1970
U.S. CIVIL SERVICE COMMISSION
F.P.M. CHAPTER 295
61-107

EXHIBIT-B

OMB APPROVAL NO. 50-R0118

# APPOINTMENT AFFIDAVITS

| CRIMINAL INVESTIGATOR GS-1811-7 | 05-20-74 |
|---|---|
| (Position to which appointed) | (Date of appointment) |

DEPT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION, NY REGION, 555 WEST 57TH ST., NEW YORK, NY

(Department or agency)   (Bureau or division)   (Place of employment)

I, __MARK J. BUMAR__, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(Signature of appointee)

Subscribed and sworn (or affirmed) before me this __20__ day of __MAY__ A.D. 19__74__,

at __NEW YORK__                          __NEW YORK__
     (City)                                (State)

[SEAL]
206 ACT OF 23 JUN 43
Commission expires _____
(If by a Notary Public, the date of expiration of his Commission should be shown)

(Signature of officer)

__Acting Regional Director__
(Title)

NOTE.—The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.

GPO : 1970 O - 406-982