UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL TRUPEI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-1162 (PLF) |
| | ) |
| DRUG ENFORCEMENT | ) |
| ENFORCEMENT AGENCY, ET AL., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**DEFENDANTS' STATEMENT OF MATERIAL
FACTS NOT IN GENUINE DISPUTE**

Pursuant to Local Rules 7(h) and 56.1, Defendants submit the following Statement of Material Facts Not in Genuine Dispute:

1. Special Agent ("S/A") Mark J. Bumar retired from federal service on February 22, 2003. Declaration of Leila Wassom ("Wassom Decl.") at ¶ 16.

2. On March 14, 2004, S/A Bumar's personnel files were sent to the National Personnel Record Center ("NPRC"), in St. Louis, MO. Wassom Decl. at ¶ 16.

3. On June 5, 2005, *pro se* Plaintiff Michael Trupei filed a Freedom of Information Act request seeking S/A Bumar's oath of office. See Complaint and Pl. Exh. A.

4. On July 10, 2005, Mr. Trupei appealed to the Office of Information and Privacy ("OIP") on his June 5, 2005 FOIA request. Wassom Decl. at ¶ 11.

5. On June 26, 2006, Mr. Trupei filed the instant lawsuit. See Complaint.

6. On September 5, 2006, Defendants informed Mr. Trupei that S/A Bumar's personnel file was sent to the NPRC. Wassom Decl. at ¶ 17.

7. Defendants conducted a query of the "DEA personnel records system" but could not uncover any responsive documents. Wassom Decl. at ¶ 16.

Dated: October 18, 2006.  Respectfully Submitted,

　/s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

　/s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

　/s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendants