UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael Trupei, pro se )
R12743-004 )
FCC-Coleman Medium Security )
P.O. Box 1032 )
Coleman, Florida 33521-1032 )
   Plaintiff, )
)  Civil Action No.: 06-cv-1162 (PLF)
vs. )
)
DRUG ENFORCEMENT ADMINISTRATION and )
OFFICE of INFORMATION and PRIVACY )
U.S. DEPARTMENT of JUSTICE, et al., )
   Defendants. )

**RECEIVED**
NOV 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION FOR AN EXTENSION OF TIME UNDER
Fed.R.Civ.P., RULE 6(b)(1), **VERIFIED**

COMES NOW, the Michael Trupei (Plaintiff), appearing in propria persona in the above enumerated and captioned cause and hereby respectfully moves this Honorable Court (Court) for an Order to extend time by thirty (30) working days from the date of the receipt of this motion, as Plaintiff is unable to meet this Court's ordered deadline to respond to Defendants' motion for summary judgment, and for the reasons of so doing, Plaintiff states to wit:

This Court ordered in its October 23rd, 2006 order that Plaintiff shall respond to Defendants' motion for summary judgment on or before November 24, 2006. Because of the circumstances, seeking the extension, in this motion, are essentially the same Plaintiff adopts the entire substantial reasons from the motion under civil action No.: 06-cv-0978 (PLF) also enclosed herewith.

WHEREFORE, Plaintiff respectfully prays that this Honorable Court grants the extension of time as set forth hereinabove.

               Respectfully submitted,

               */s/ Michael Trupei*
               Michael Trupei

## CERTIFICATE of SERVICE

I HEREBY CERTIFY that the above Motion for Enlargement of Time has been forwarded via U.S. Mail, first class upon the following:

John Truong AUSA
United States Department of Justice
United States Attorney
Judiciary Center
555 Fourth Street
Washington, D.C. 20001

_____
Michael Trupei, pro se

## VERIFICATION

Pursuant to 28 U.S.C. § 1746 of the United States Code I, Michael Trupei do hereby verify, or state, under penalty of perjury that this/my motion is to the best of my knowledge, true, correct, certain, and complete.

Done on: November 12th, 2006      By: _____
                                        Michael Trupei, pro se