## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL TRUPEI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-1162 (PLF) |
| | ) |
| DRUG ENFORCEMENT | ) |
| ENFORCEMENT AGENCY, ET AL., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### DEFENDANTS' MOTION FOR AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b), Defendants hereby move for an extension of time from March 2, 2007, to March 23, 2007, to file Defendants' Reply. In this Freedom of Information Act ("FOIA") case, *pro se* Plaintiff Michael Trupei sued to get a copy of a "letter of appointment . . . pertaining to S/A DEA, Mark J. Bumar." Compl. at ¶ 5. Since Mr. Trupei is a prisoner currently incarcerated in Coleman, Florida, the undersigned did not confer with him about this Motion.[1]

There is good cause for the Court to grant this Motion. Defendants filed their motion for summary judgment on October 18, 2006. See Dkt. No. 15. In response, Plaintiff filed his

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

Opposition on January 8, 2007. See Dkt. No. 18. The undersigned inadvertently neglected to calendar the reply date to Plaintiff's Opposition and, therefore, did not file a Reply. Thereafter, on February 23, 2007, the undersigned received a second Opposition from Plaintiff. It appears that Plaintiff's second Opposition has not been docketed with the Court. The undersigned construes Plaintiff's second Opposition as superceding the one he filed on January 8, 2007. Under Local Rule 7(d), the reply due date was on March 2, 2007. Due to trial preparation for a one-week long trial beginning March 5, 2007, in Adams v. Peters, Civ. No. 04-856 (RBW), the undersigned inadvertently neglected to seek an extension prior to the reply deadline.[2]

    Although Defendant recognizes that a Reply is not mandatory under the Local Rules, Defendant believes that filing a Reply brief here will further define the issues and help the Court resolve this matter. Additional time is needed because the undersigned has a hearing on a motion for summary judgment in another matter and needs to file motions *in limine* in a case that is going to trial in April. During the week of March 19th, the undersigned has an oral argument in the D.C. Circuit in yet another case. Finally, the additional time is necessary for the undersigned to prepare the Reply and circulate it for client and supervisory review prior to filing it with the Court.

    For these reasons, Defendants respectfully request a three-week extension to March 23, 2007, to file a Reply.

---

[2] Judge Walton rescheduled the trial until June, 13, 2007, on the day that the parties was scheduled to pick the jury.

Dated: March 5, 2007.                    Respectfully Submitted,

    /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


    /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL TRUPEI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-1162 (PLF) |
| | ) |
| DRUG ENFORCEMENT | ) |
| ENFORCEMENT AGENCY, ET AL., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME

Upon consideration of Defendants' Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendants' Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendants shall have up to and including March 23, 2007, to file a Reply.

SO ORDERED.

_____
U.S. District Judge

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that, on March 5, 2007, service of the foregoing

<u>Defendants' Motion for an Extension of Time</u> was made via First Class mail, with postage

prepaid, to pro se Plaintiff addressed as follows:

Mr. Michael Trupei
R12743-004
FCC-Coleman Medium Security Prison
P.O. Box 1032
Coleman, FL 33521

                                   _____//s_____

                                   John C. Truong