UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL TRUPEI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-1162 (PLF) |
| | ) |
| DRUG ENFORCEMENT | ) |
| ENFORCEMENT AGENCY, ET AL., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendants hereby move for an extension of time to March 28, 2007, to file Defendants' Reply. In this Freedom of Information Act ("FOIA") case, *pro se* Plaintiff Michael Trupei sued to get a copy of a "letter of appointment . . . pertaining to S/A DEA, Mark J. Bumar." Compl. at ¶ 5. Since Mr. Trupei is a prisoner currently incarcerated in Coleman, Florida, the undersigned did not confer with him about this Motion.[1]

There is good cause for the Court to grant this Motion. Defendants fully intended to file their Reply today, the due date; however, a matter arose that prevented the undersigned from completing the Reply in time for client and supervisory review prior to filing it with the Court.

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

Specifically, the undersigned is the midst of preparing a Joint Pretrial Statement (including proposed jury instructions, voir dire, and verdict forms) in another case. This matter has consumed more time than anticipated as the undersigned has had to coordinate with Plaintiff's counsel and counsel for the agency to arrive at certain stipulated issues. The undersigned anticipates completing the draft brief early next week and will circulate it for client and supervisory approval for filing by Wednesday March 28, 2007.

For these reasons, the Court should grant an extension of three business days to March 28, 2007, for Defendants to file a Reply.

Dated: March 23, 2007.                          Respectfully Submitted,

    /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


    /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL TRUPEI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-1162 (PLF) |
| | ) |
| DRUG ENFORCEMENT | ) |
| ENFORCEMENT AGENCY, ET AL., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME

Upon consideration of Defendants' Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendants' Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendants shall have up to and including March 28, 2007, to file a Reply.

SO ORDERED.

_____
U.S. District Judge

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on March 23, 2007, service of the foregoing <u>Defendants' Motion for an Extension of Time</u> was made via First Class mail, with postage prepaid, to *pro se* Plaintiff addressed as follows:

Mr. Michael Trupei
R12743-004
FCC-Coleman Medium Security Prison
P.O. Box 1032
Coleman, FL 33521

                                          \_\_\_\_\_//s_____

                                          John C. Truong