## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MICHAEL TRUPEI,                           )
                                          )
Plaintiff,                                )
                                          )
v.                                        ) Civ. No. 06-1162 (PLF)
                                          )
DRUG ENFORCEMENT                          )
ENFORCEMENT AGENCY, ET AL.,               )
                                          )
Defendants.                               )
_____ )


### AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 26, 2007, service of the foregoing

Defendants' Motion for an Extension of Time (Dkt. No.20)  was made via First Class mail, with

postage prepaid, to *pro se* Plaintiff addressed as follows:


Mr. Michael Trupei
R12743-004
FCC-Coleman Medium Security Prison
P.O. Box 1032
Coleman, FL 33521

                                    ___/s/   John C. Truong_____
                                    JOHN C. TRUONG, D.C. BAR #465901
                                    Assistant United States Attorney
                                    555 Fourth Street, N.W.
                                    Washington, D.C.  20530
                                    (202) 307-0406

                                    Attorneys for Defendants