# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MICHAEL TRUPEI,                              )
                                             )
Plaintiff,                                   )
                                             )
v.                                           ) Civ. No. 06-1162 (PLF)
                                             )
DRUG ENFORCEMENT                             )
ENFORCEMENT AGENCY, ET AL.,                  )
                                             )
Defendants.                                  )
_____)

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b), Defendants hereby move for a two business days extension of time to March 30, 2007, to file Defendants' Reply. In this Freedom of Information Act ("FOIA") case, *pro se* Plaintiff Michael Trupei sued to get a copy of a "letter of appointment . . . pertaining to S/A DEA, Mark J. Bumar." Compl. at ¶ 5. Since Mr. Trupei is a prisoner currently incarcerated in Coleman, Florida, the undersigned did not confer with him about this Motion.[1]

There is good cause for the Court to grant this Motion. Defendants fully intended to file their Reply today, the due date; however, the undersigned was not able to confer with agency

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

counsel on the draft Reply until late afternoon . Specifically, Plaintiff's Opposition to Defendant's Motion for Summary Judgment raises a factual issue that requires agency counsel's input and response.  Agency counsel and the undersigned were not able to confer on the issue until it was too late to finalize the draft Reply brief for client and supervisory review prior to filing it with the Court.  Defendants intend to complete preparing the Reply brief and obtain appropriate review in the next two days for filing with the Court.

     For these reasons, the Court should grant an extension of two business days to March 30, 2007, for Defendants to file a Reply.

Dated: March 28, 2007.                      Respectfully Submitted,

                                                /s/   Jeffrey A. Taylor
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney


                                             /s/   Rudolph Contreras
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney

                                           /s/   John C. Truong
                                        JOHN C. TRUONG, D.C. BAR #465901
                                        Assistant United States Attorney
                                        555 Fourth Street, N.W.
                                        Washington, D.C.  20530
                                        (202) 307-0406

                                        Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL TRUPEI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-1162 (PLF) |
| | ) |
| DRUG ENFORCEMENT | ) |
| ENFORCEMENT AGENCY, ET AL., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME

Upon consideration of Defendants' Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendants' Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendants shall have up to and including March 30, 2007, to file a Reply.

SO ORDERED.

_____
U.S. District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 28, 2007, service of the foregoing

<u>Defendants' Motion for an Extension of Time</u> was made via First Class mail, with postage

prepaid, to *pro se* Plaintiff addressed as follows:

Mr. Michael Trupei
R12743-004
FCC-Coleman Medium Security Prison
P.O. Box 1032
Coleman, FL 33521

_____//s_____

John C. Truong