UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL TRUPEI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1162 (PLF) |
| ) | |
| DRUG ENFORCEMENT ) | |
| ADMINISTRATION et al., ) | |
| ) | |
| Defendants. ) | |

ORDER AND JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motion for summary judgment [Dkt. No. 15] is GRANTED; and it is

FURTHER ORDERED that judgment is entered for the defendants and this case is DISMISSED. This is a final appealable order. See Rule 4(a), Fed. R. App. P.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: April 27, 2007                 United States District Judge