```
                                                      RECEIVED
            UNITED STATES DISTRICT COURT               JUL - 2 2007
            FOR THE DISTRICT OF COLUMBIA
                                                  NANCY MAYER WHITTINGTON, CLERK
                                                      U.S. DISTRICT COURT
```

Michael Trupei, pro se,                )
R12743-004                             )
Corrections Corporation of America     )
P.O. Drawer 30                         )
McRae, Georgia 31055                   )
    Plaintiff/Appellant,               )   Civil Action.: 1:06-cv-1162 (PLF)
                                       )
vs.                                    )
                                       )
DRUG ENFORCEMENT ADMINISTRATION, et al.,)
    Defendant(s)/Respondent(s).        )

## NOTICE of APPEAL
### SWORN

PLAINTIFF/APPELLANT, Michael Trupei hereby serves this/his Notice of Appeal under Fed.R.App.P. Rule 4 and appeals to the United States Court of Appeals for the District of Columbia from an Order of the District Court dated April 27, 2007 pursuant to the Freedom of Information Act in the above enumerated matter. The Court's Order of April 27, 2007, was receipted by the Plaintiff/Appellant on or about June 19th, 2007, or shortly thereafter.

Respectfully submitted,

_____
Michael Trupei, pro se

Sworn to and subscribed
before me on this 26, day of

_____June_____, 2007

_____
NOTARY PUBLIC     My Commission Expires: _____

Notary Public, Telfair County, Georgia
My Commission Expires Feb. 13, 2009