Received
Mail Room
AUG 1 5 2007
United States Court of Appeals
District of Columbia Circuit

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED AUG 1 5 2007
CLERK

Michael Trupei

_____
         Appellant,

V.

Drug Enforcement Administration, et al.,
_____
         Appellees

USCA No. 07-5233

USDC No. 06:cv:01162

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, Michael Trupei, declare that I am the ☐ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*) This appeal entails a violation of Freedom of Information Act (FOIA), 5 U.S.C. § 552(a)(6)(A)(i) and (ii), as amended, by and through the Drug Enforcement Administration ("DEA") to the Appellant's Michael Trupei FOIA request about S/A DEA Mark Bumar's (Mr. Bumar) "Letter of Appointment" under 5 U.S.C. § 2105. Among other things, the District Court held that: "Plaintiff does not challenge defendant's search...." Memo. Op. at p.3, 2nd ¶. Of course, he does not challenge the search because it is not an issue in this appeal at all. The issue in this appeal is the DEA's non- (continuing on reverse)

Signature /s/ Michael Trupei

Name of *Pro Se* Litigant (PRINT) Michael Trupei, R12743-004

Address Corrections Corporation of America, P.O. Drawer 30, McRae, GA 31055

Submit original with a certificate of service to:

Clerk, U.S. Court of Appeals for the D.C. Circuit
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

response to Appellant's June 5, 2005, FOIA letter request, certified and return receipt requested. That is the sole issue. Every thing else is totally irrelevant in this case.

The DEA tries to spin the Appellant's request into non-relevant multi-facet issues. Namely, that Mr. Bumar retired from the DEA. And that his Official Personnel Record Folder ("OPF") has been forwarded to "National Personnel Record Center" ("NPRC") in St.Louis, Missouri on March 14, 2004. Once again, the latters are not the issue in this appeal at all. The real issue is a non-response, all in violation of the Congressional response provisions under the above cited statute.

Simply put, the DEA could have responded within 20 working days as required by the statute. That was on or about July 5th, 2005, but it did not do so. It responded on September 5, 2006 or otherwise 14 months thereafter. Had Appellant not filed his FOIA suit, the DEA would to this day stay silent. Therefore, the DEA's non-response is consonant with U.S. v. Tweel, 550 F.2d 297 (1977) where that Court held that: "Silence is equated with fraud." Id. Yes, the DEA committed a fraud. The District Court, however, did not found the issue on that premises, means that this has jurisdiction under 28 U.S.C. § 1291 to consider the issue de novo.

Respectfully submitted,.

*Michael Trupei*
Michael Trupei, pro se

Sworn to and subscribed
before me on this __7__, day of

__August__ 200 __7__

__[signature]__
NOTARY PUBLIC       My Commission Expires:    Notary Public, Telfair County, Georgia
                                              My Commission Expires Feb. 13, 2009