Received
Mail Room
AUG 15 2007
United States Court of Appeals
District of Columbia Circuit

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED  AUG 1 5 2007
CLERK

Michael Trupei

USCA No. 07-5233

_____
Appellant,
V.

Drug Enforcement Administration, et al.,    USDC No. 06:cv:01162
_____
Appellees

**MOTION FOR LEAVE TO PROCEED
ON APPEAL IN FORMA PAUPERIS**

Leave to file without
Prepayment of Cost **GRANTED**
Judge Walton
8/30/07

I, __Michael Trupei_____, declare that I am the

☐ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*) This appeal entails a violation of Freedom of Information Act (FOIA), 5 U.S.C. § 552(a)(6)(A)(i) and (ii), as amended, by and through the Drug Enforcement Administration ("DEA") to the Appellant's Michael Trupei FOIA request about S/A DEA Mark Bumar's (Mr. Bumar) "Letter of Appointment" under 5 U.S.C. § 2105. Among other things, the District Court held that: "Plaintiff does not challenge defendant's search...." Memo. Op. at p.3,2nd ¶. Of course, he does not challenge the search because it is not an issue in this appeal at all. The issue in this appeal is the DEA's non-
(continuing on reverse)

Signature __/s/ Michael Trupei_____

Name of *Pro Se* Litigant (PRINT) __Michael Trupei, R12743-004_____

Address __Corrections Corporation of America, P.O.Drawer 30, McRae, GA 31055__

Submit original with a certificate of service to:

Clerk, U.S. Court of Appeals for the D.C. Circuit
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

response to Appellant's June 5, 2005, FOIA letter request, certified and return receipt requested. That is the sole issue. Every thing else is totally irrelevant in this case.

The DEA tries to spin the Appellant's request into non-relevant multi-facet issues. Namely, that Mr. Bumar retired from the DEA. And that his Official Personnel Record Folder ("OPF") has been forwarded to "National Personnel Record Center" ("NPRC") in St.Louis, Missouri on March 14, 2004. Once again, the latters are not the issue in this appeal at all. The real issue is a <u>non-response</u>, all in violation of the Congressional response provisions under the above cited statute.

Simply put, the DEA could have responded within 20 working days as required by the statute. That was on or about July 5th, 2005, but it did not do so. It responded on September 5, 2006 or otherwise 14 months thereafter. Had Appellant not filed his FOIA suit, the DEA would to this day stay silent. Therefore, the DEA's non-response is consonant with <u>U.S. v. Tweel</u>, 550 F.2d 297 (1977) where that Court held that: "Silence is equated with fraud." <u>Id.</u> Yes, the DEA committed a fraud. The District Court, however, did not found the issue on that premises, means that this has jurisdiction under 28 U.S.C. § 1291 to consider the issue <u>de novo</u>.

Respectfully submitted,.

/s/ Michael Trupei
Michael Trupei, <u>pro se</u>

Sworn to and subscribed
before me on this ___7___, day of

___August___ 200_7_

_____
NOTARY PUBLIC                     My Commission Expires: _____

Notary Public, Telfair County, Georgia
My Commission Expires Feb. 13, 2009

# Affidavit Accompanying Motion for
# Permission to Appeal in Forma Pauperis

United States Court of Appeals for the
District of Columbia Circuit

Michael Trupei,

      Appellant.

Case No. 06:cv:01162

v.

Drug Enforcement Administration, et al.,

      Appellees

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress.
I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: *[signature]*

Date: August 3rd, 2007

**My issues on appeal are:**

    Whether the District Court's holding in the instant case is at issue at all? Because of Drug Enforcement Administration's two (2) violations of Freedom if Information Act's (FOIA) requests, 5 U.S.C. § 552(a)(6)(A)(i) and (ii), as amended, means that the Court's holding is not on point.

-1-

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify): None | $ N/A | $ N/A | $ N/A | $ N/A |
| Total monthly income: | $ N/A | $ N/A | $ N/A | $ N/A |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor vehicle # 1 __N/A__ (Value) |
|---|---|---|
| | | Make & year: N/A |
| N/A | N/A | Model: N/A |
| N/A | N/A | Registration #: N/A |

| Motor vehicle #2 __N/A__ (Value) | Other Assets (Value) | Other Assets (Value) |
|---|---|---|
| Make & year N/A | | |
| Model: N/A | N/A | N/A |
| Registration #: N/A | N/A | N/A |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |

-3-

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | **You** | **Spouse** |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ N/A | $ N/A |
| Are real-estate taxes included? | [ ] Yes  [ ] No | |
| Is property insurance included? | [ ] Yes  [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ N/A | $ N/A |
|   Homeowner's or renter's | $ N/A | $ N/A |
|   Life | $ N/A | $ N/A |
|   Health | $ N/A | $ N/A |
|   Motor Vehicle | $ N/A | $ N/A |
|   Other: None | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): None | $ N/A | $ N/A |
| Installment payments | $ N/A | $ N/A |
|   Motor Vehicle | $ N/A | $ N/A |
|   Credit card (name): None | $ N/A | $ N/A |
|   Department store (name): None | $ N/A | $ N/A |
|   Other: None | $ N/A | $ N/A |
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): None | $ N/A | $ N/A |
| **Total monthly expenses:** | $ N/A | $ N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes    [x] No    If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?\

[ ] Yes    [x] No

If yes, how much? $_____None_____

If yes, state the attorney's name, address, and telephone number:

_____
_____N/A_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes    [x] No

If yes, how much? $_____None_____

If yes, state the person's name, address, and telephone number:

_____
_____N/A_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. In 1989, the Appellant has been indicted and charged with one count of dry conpiracy with no overt act committed, 21 U.S.C. § 846. After 10 day trial and 2 days of jury deliberations, the jury found him guilty as charged. On August 30th, 1990, the United States District Court for the Southern District of Florida sentenced Appellant to 23 years to custody of the Attorney General. As such, Appellant lost all of his assets to persons entrusted therewith.

13. State the address of your legal residence.

Michael Trupei
R12743-004
Corrections Corporation of America
P.O Drawer 30
McRae, Georgia 30

Your daytime phone number: (___) ___N/A___
Your age: __66__ Your years of schooling: __14__
Your social-security number: 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

-5-