# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5233**  **September Term, 2007**

06cv01162

Filed On: January 11, 2008

[1091717]
Michael Trupei,
      Appellant

v.

Drug Enforcement Administration, et al.,
      Appellees

**MANDATE**

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 2/27/08

ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:**  Ginsburg, Chief Judge, and Rogers and Griffith, Circuit Judges

### ORDER

Upon consideration of the motion for summary affirmance and the "objections to appellees' motion for summary affirmance;" and "appellant's objection to the appearances of Jeffrey A. Taylor, R. Craig Lawrence and John C. Truong as counsels of record," which is construed as a motion to strike counsel, it is

**ORDERED** that the motion to strike counsel be denied. It is

**FURTHER ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court properly determined that the Drug Enforcement Administration conducted an adequate search for documents responsive to appellant's Freedom of Information Act ("FOIA") request. See Weisberg v. U.S. Dep't of Justice, 705 F.2d 1344, 1351 (D.C. Cir. 1983). Contrary to appellant's assertions, delays in processing a FOIA request are insufficient grounds for discrediting an agency's affidavit. See Iturralde v. Comptroller of Currency, 315 F.3d 311, 315 (D.C. Cir. 2003).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk